IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOSEPH DUGHMAN, | ) |
| Plaintiff, | ) Case No. 3:07-cv-0693 |
| v. | ) Judge Haynes |
| ABERCROMBIE & KENT, INC., | ) Magistrate Judge Brown |
| Defendant. | ) |

## ABERCROMBIE & KENT'S MOTION TO DISMISS

Defendant Abercrombie & Kent, Inc. ("Abercrombie & Kent"), by and through counsel, respectfully moves this Court to dismiss the Plaintiff's Complaint filed June 29, 2007 pursuant to Fed. R. Civ. P. 12(b)(2) and Fed. R. Civ. P. 12(b)(6) due to lack of personal jurisdiction and failure to state a claim. In support of this Motion, Abercrombie & Kent has separately filed a Memorandum in Support of Abercrombie & Kent's Motion to Dismiss and the Declaration of Brett Fichte.

WHEREFORE, in consideration of the foregoing, Defendant Abercrombie & Kent respectfully requests that this Court grant its Motion to Dismiss the Plaintiff's Complaint.

Dated August 17, 2007.

*[Handwritten note: Based upon the amended complaint and the defendant's motion to dismiss that complaint, this motion is DENIED as moot. /s/ [Judge signature] USDC 3-10-08]*

Respectfully submitted,

NEAL & HARWELL, PLC

By: s/ David G. Thompson
A. Scott Ross, #15634
David G. Thompson, #20309
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219-2498
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
dthompson@nealharwell.com
*Counsel for Abercrombie & Kent, Inc.*